# Bridgewater Borough, Appellant, *v.* Beaver Borough.

*Municipalities—Streets—Flow of water from one borough to another—Damnum absque injuria.*

Every municipality has the right to the natural, proper and profitable use of its land, and to open, grade and improve its streets, and if, in the course of such use without negligence, unavoidable loss is brought upon an adjoining borough, through an increased flow of water with sand, gravel and stones, it is damnum absque injuria.

Argued October 6, 1920. Appeal, No. 49, Oct. T., 1920, by plaintiff, from decree of C. P. Beaver Co., Sept.

T., 1897, No. 1, dismissing bill in equity, in case of Bridgewater Borough v. Beaver Borough et al. Before BROWN, C. J., STEWART, MOSCHZISKER, FRAZER, WALLING, SIMPSON and KEPHART, JJ. Affirmed.

Bill in equity for injunction. Before BALDWIN, P. J.
The opinion of the Supreme Court states the case.
The court dismissed the bill. Plaintiff appealed.

*Error assigned* was decree, quoting it.

*William A. McConnell,* for appellant.

*John B. McClure,* for appellee, was not heard.

PER CURIAM, December 31, 1920:

The Borough of Bridgewater, in the County of Beaver, adjoins the Borough of Beaver. As a result of street improvements made by the latter, the former charges that increased volumes of water are carried into its streets, together with great quantities of sand, gravel and small boulders, and, to abate what it alleges is a nuisance in this respect, the Borough of Bridgewater filed its bill in the court below. It was dismissed, and its dismissal is sustained for the five following correct legal conclusions reached by the learned president judge of the court below: "First: The Borough of Beaver had a legal right to open, grade, pave and improve its streets within the drainage area in controversy. Second: The owners of lots abutting on said streets had a right to erect houses thereon, fill up depressions therein and change the grades of their said lots to conform with the changed grades of streets. Third: If by such changes in the grades of streets, the paving thereof, filling up of surface inequalities and depressions, the paving of sidewalks, and the construction of houses, the quantities of water draining into the Borough of Bridgewater by means of Fair avenue and Third street have been increased in quantity

and velocity and the Borough of Bridgewater has been injured thereby, it is damnum absque injuria. Fourth: Every municipality has the right to the natural, proper and profitable use of its land, and if, in the course of such use without negligence, unavoidable loss is brought upon an adjoining municipality, it is damnum absque injuria. Fifth: The Borough of Beaver is not responsible for conditions existing within the limits of the Borough of Bridgewater which interfere with the natural flowage of water into the Borough of Bridgewater between Third street and Park street (extended)."

Appeal dismissed at appellant's costs.